*man, Assistant Attorney General Caudle, Ellis N. Slack* and *Hilbert P. Zarky* for respondent.

No. 369. WARFIELD ET AL. *v.* MARKS ET AL. C. A. 5th Cir. Certiorari denied. *L. E. Gwinn* for petitioners. *P. H. Eager, Jr., M. M. Roberts, S. B. Laub* and *Frank E. Everett, Jr.* for respondents.

No. 377. LEVY *v.* DABNEY, TRUSTEE. C. A. 2d Cir. Certiorari denied. *Herbert Monte Levy* for petitioner. *Harold Harper* for respondent.

No. 378. UNIVERSAL EQUIPMENT Co. *v.* HARVEY CORPORATION. Supreme Court of Florida. Certiorari denied. *Thomas H. Anderson* for petitioner. *William Gresham Ward* for respondent.

No. 380. PFISTER ET AL. *v.* COW GULCH OIL Co. ET AL. C. A. 10th Cir. Certiorari denied. *Wendell Berge* for petitioners. *Warwick M. Downing* for the Cow Gulch Oil Co.; and *W. J. Wehrli* and *Ewing T. Kerr* for the Atlantic Refining Co., respondents.

No. 381. MCCARTY ET AL. *v.* NELSON, ADMINISTRATOR, ET AL. Supreme Court of Minnesota. Certiorari denied. *E. Luther Melin* for petitioners. *L. Glenn Fassett, Jr.* for respondents.

No. 406. FORD MOTOR Co. *v.* PIERCE ET AL. C. A. 4th Cir. Certiorari denied. *Aubrey R. Bowles, Jr.* for peti-

tioner. *George E. Allen* for respondents.

No. 174. HAINES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States.

No. 288. MULLEN *v.* FITZ SIMONS & CONNELL DREDGE & DOCK Co.. C. A. 7th Cir. Certiorari denied. *Irving Breakstone* for petitioner. *Edward B. Hayes* for respondent.

No. 353. HICKS *v.* DE BARDELEBEN COAL CORP.; DOING BUSINESS AS COYLE LINES, INC. C. A. 5th Cir. Certiorari denied.

No. 32, Misc. HAMILTON *v.* VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari denied. Petitioner *pro se. J. Lindsay Almond, Jr.,* Attorney General of Virginia, for respondent.

No. 143, Misc. WOCHNICK *v.* CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Morris J. Pollack* for petitioner.

No. 169, Misc. FORMAN *v.* WOLFSON. Supreme Judicial Court of Massachusetts. Certiorari denied.

No. 178, Misc. SPEARS *v.* SUTTON ET AL. C. A. 6th Cir. Certiorari denied.

No. 179, Misc. EDDINS *v.* WEST VIRGINIA. Supreme Court of Appeals of West Virginia. Certiorari denied.